UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEHRA WAHEED; THE SEREN FASHION
ART & INTERIORS, LLC,

                Plaintiffs,

-against-

NICKOLAOS RENTOULIS; ANDRONIKI
RENTOULIS; IRINI'S ORIGINALS, LLC;
SM1 MMS, LLC, DBA MANHATTAN MINI
STORAGE, LLC; BURNAM SMARTCO,
LLC; CRIS BURNAM; MIKE BURNAM,

                Defendants.

24-CV-6476 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Sehra Waheed, proceeding *pro se,* has filed a complaint and an unsigned order to show cause requesting preliminary injunctive relief. To obtain such relief, Plaintiff must show: (1) that she is likely to suffer irreparable harm and (2) either (a) a likelihood of success on the merits of her case or (b) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in her favor. *See UBS Fin. Servs., Inc. v. W.V. Univ. Hosps., Inc.*, 660 F. 3d 643, 648 (2d Cir. 2011) (citation and internal quotation marks omitted); *Wright v. Giuliani*, 230 F.3d 543, 547 (2000). Preliminary injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." *Moore v. Consol. Edison Co. of N.Y., Inc.*, 409 F.3d 506, 510 (2d Cir. 2005) (internal quotation marks and citation omitted).

      Plaintiff's submissions do not demonstrate: (1) a likelihood of success on the merits, or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in her favor. Accordingly, Plaintiff's request for an order to show cause (ECF No. 4) is denied. The Court will issue an explanatory order at a later date.

## CONCLUSION

Plaintiff's request for an order to show cause (ECF No. 4) is denied.

Plaintiff consents to electronic service.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 9, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge