```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

    -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendant(s).

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court has recently received several ex parte communications from Plaintiff Sehra Waheed by email. Pursuant to Judge Ricardo's Individual Practices in Pro Se Cases, available at https://nysd.uscourts.gov/hon-henry-j-ricardo, a pro se party should deliver all filings and communications with the Court to the Pro Se Intake Unit by mail, in-person, dropbox, or email. Direct communications with Chambers are not permitted absent a specific direction by the Court and Plaintiff should refrain from additional ex parte communications to Chambers.

    Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar

Justice Center's intake form available at

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

      The Clerk of Court is respectfully requested to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: October 30, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge