AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SEHRA WAHEED <br> *Plaintiff* <br> v. <br> NICKOLAOS RENTOULIS, INDIVIDUALLY <br> ANDRONIKI RENTOULIS, INDIVIDUALLY <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. Index No # 24-CV- 6476 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ALL NAMED DEFE

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

NICKOLAOS RENTOULIS, INDIVIDUALLY
ANDRONIKI RENTOULIS, INDIVIDUALLY

| Place: FROM THIS ADDRESS ALL BELONGINGS MUST BE INSPECTED TO BE TAKEN BY MARSHALLS OR PLAINTIFF WITH POLICE SHERIEFF ESCORT | Date and Time: <br> TUESDAY, NOVEMBER 5TH 2024 AT 12PM |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: ALL BELONGINGS MUST BE DELIVERED TO THIS ADDRESS <br> 18 WEST 48TH STREET APT 3A NEW YORK, NY | Date and Time: <br> TUESDAY, NOVEMBER 5TH 2024 AT 2PM |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/30/2024

*CLERK OF COURT*

S. Coretto
*Signature of Clerk or Deputy Clerk*            OR            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* SEHRA WAHEED
18 WEST 48TH STREET APT 3A NEW YORK, NY 10036                , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. Index No # 24-CV- 6476

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ~~NICKOLAOS PENTSULIS INDIVIDUALLY~~

on *(date)* Oct 30th 2024 .

☑ I served the subpoena by delivering a copy to the named person as follows: ELECTRONIC SERVICE BY EM AND COURT SITE

on *(date)* OCT 30TH 2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: OCT 30TH 2024

*Server's signature*

SEHRA WAHEED PLAINTIFF AS PRO SE
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

[Print]   [Save As...]   [Add Attachment]   [Reset]