UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

      -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024

**ORDER OF SERVICE**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pro se Plaintiff Sehra Waheed brings this action against Defendants Nickolaos Rentoulis, Androniki Rentoulis, Irini's Originals, LLC, SM 1 MMS, LLC, Burnam Smartco, LLC, Cris Burnam, Mike Burnam, Storage Treasures, LLC, OpenTech Alliance Inc., and Robert Chiti alleging various state and federal causes of action. Amended Complaint dated September 18, 2024, ECF No. 10.

    Because Plaintiff has been granted permission to proceed in forma pauperis ("IFP") (ECF No. 9), she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See, e.g., Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    The Marshals should attempt service at the addresses provided by Plaintiff at ECF No. 35.

1

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these Defendants. The Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon Defendants. If the complaint is not served within sixty days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

## CONCLUSION

The Clerk of Court is respectfully directed to issue a summons, complete the USC-285 form for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated: October 31, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge