UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

       -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a Rule 16 conference by telephone. For the reasons discussed during today's conference:

1. All discovery is stayed as to Defendants Nickolaos Rentoulis, Androniki Rentoulis, and Irini's Originals, LLC until further order by this Court.

2. Discovery as to the remaining parties shall proceed according to the following schedule:

   - Initial Requests for Documents shall be served by February 28, 2025;

   - Subpoenas requesting documents from third parties shall be served by March 7, 2025;

   - Depositions of all fact witnesses shall be completed by April 16, 2025;

   - Plaintiff's expert reports, if any, shall be served by April 30, 2025;

   - Defendants' expert reports, if any, shall be served by May 30, 2025; and

- Depositions of all expert witnesses shall be completed by June 30, 2025.

**SO ORDERED.**

Dated: February 21, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2