```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

      -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 10, 2025, Plaintiff filed a third motion for exemption from payment of the PACER user fee. ECF No. 127. For the reasons described below and in the Court's prior orders, ECF Nos. 12, 124, Plaintiff's motion is DENIED without prejudice.

The Court has denied the two prior request for PACER fee exemption because Plaintiff has not demonstrated that an exemption beyond the automatic exemptions "is necessary . . . to avoid unreasonable burdens and to promote public access to information." *Oliva v. Brookwood Coram I, LLC*, No. 14-CV-2513, 2015 WL 1966357, at *1–2 (E.D.N.Y. Apr. 30, 2015). A party seeking a discretionary exemption cannot rely on her IFP status alone. *Id.*

Plaintiff does not provide any new information to explain why she needs free access to PACER to obtain information about this case or to argue that she will suffer an unreasonable burden without free access to PACER. Plaintiff's numerous filings in this case demonstrate that she is able to review the documents on the

1

docket and respond to them with her own filings. Additionally, Plaintiff consented to receive electronic service via the ECF system and thus receives free access to each document filed on the docket. Further, Plaintiff can readily access the docket for her case using the courthouse public access terminals. Given these circumstances, exemption from payment of the PACER fees is not necessary to avoid unreasonable burdens or to promote public access to information.

## CONCLUSION

Plaintiff's Motion for exemption from payment of the PACER user fee is therefore DENIED without prejudice to renewal.

The Clerk of Court is respectfully directed to terminate Plaintiff's Motion at ECF No. 127 as DENIED without prejudice.

**SO ORDERED.**

Dated: April 15, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge