USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

      -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 10 and 11, 2025, Plaintiff made three filings titled "Plaintiff's Memorandum of Law in Support of Order to Show Cause for Summary Judgment in Plaintiff's Favor Due to Defendant's Non-Compliance with Discovery Demand," ECF No. 126, "Proposed Order to Show Cause," ECF No. 128, and "Memorandum of Law in Support re: [128] Proposed Order to Show Cause Without Emergency Relief," ECF No. 129. On April 14, 2025, Defendants Cris Burnam, Mike Burnam, Burnam Smartco, LLC, Robert Chiti, Manhattan Mini Storage, LLC, OpenTech Alliance, Inc., SM 1 MMS, LLC, and Storage Treasures, LLC (the "Storage Defendants") filed a letter motion to adjourn the conference scheduled on April 24, 2025. ECF No. 130.

Upon the Court's initial review of Plaintiff's filings, Plaintiff appears to be seeking relief regarding the Storage Defendants' responses, or lack thereof, to her discovery demands. As such, the Court will treat these filing as a request for a pre-motion conference for a motion to compel the Storage Defendants' compliance with

Plaintiff's discovery demands. The Storage Defendants are directed to file their response letters, not to exceed four pages, by **April 18, 2025**.

The telephone conference previously scheduled on April 24, 2025 is adjourned to **April 25, 2025, at 3:30 p.m.** The pro se litigant and counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 647 132 97#). The parties should be prepared to address Plaintiff's letter motion to amend the complaint, ECF No. 110, and Plaintiff's letter motion to compel Defendants' compliance with Plaintiff's discovery demands, ECF Nos. 126, 128, and 129.

**SO ORDERED.**

Dated: April 15, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge