```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/16/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

       -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 13, 2025, Plaintiff submitted a filing titled "Motion for Default Judgment for Discovery Non-Compliance by Storage Defendants." ECF No. 132.

Plaintiff appears to be seeking relief regarding the Storage Defendants' responses, or lack thereof, to her discovery demands and the Court will therefore treat this filing as a request for a pre-motion conference for a motion to compel the Storage Defendants' compliance with Plaintiff's discovery demands.

The Storage Defendants are directed to file their response letters, not to exceed four pages, by **April 18, 2025**.

The parties should be prepared to address this filing in addition to the submissions specified in the Court's April 15, 2025 Order at the telephone conference on April 25, 2025 at 3:30 p.m.

**SO ORDERED.**

Dated: April 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge