UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

            -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 14, 2025, Plaintiff submitted filings titled "Motion for Default Judgment for Discovery Non-Compliance by Storage Defendants," ECF No. 135, "Motion for Default Judgment for Discovery Non-Compliance by Storage Defendants," ECF No. 136, and "Proposed Order to Show Cause," ECF No. 140. These filings appear to be duplicative of submissions previously docketed at ECF Nos. 128 and 132 that the Court interprets to be seeking relief regarding the Storage Defendants' responses, or lack thereof, to Plaintiff's discovery demands. The Court will therefore address these filings in addition to the submissions specified in the Court's April 15, 2025 and April 16, 2025 Orders, ECF Nos. 133 and 134, during the telephone conference scheduled on April 25, 2025 at 3:30 p.m.

The Court is also in receipt of a Letter Motion filed by Defendants Irini's Originals, LLC, Androniki Rentoulis, and Nickolaos Rentoulis (collectively, the "Rentoulis Defendants") on April 16, 2025. ECF No. 138. To the extent the Rentoulis Defendants move to stay the conference scheduled on April 25, 2025, their

request is DENIED and the conference will go forward. The Court will address the Rentoulis Defendants' other arguments during the April 25, 2025 pre-motion conference.

**SO ORDERED.**

Dated: April 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge