UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

        -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 28, 2025, Plaintiff filed a Letter on the docket. ECF No. 153. Plaintiff appears to be seeking legal advice with respect to the Court's April 28 Order at ECF No. 149. The Court cannot provide legal advice. To the extent Plaintiff seeks legal advice regarding her case, Plaintiff should consult the Pro Se Law Clinic run by the City Bar Justice Center, about which additional information is available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

On April 29, 2025, Plaintiff submitted a filing titled "Motion for Temporary Restraining Order." ECF No. 150. Plaintiff's submission appears to request an order directing Mr. Brodsky, counsel for Defendants Nikolaos Rentoulis, Androniki Rentoulis, and Irini's Originals, LLC (the "Auction Purchaser Defendants"), not to communicate with any Defendants in the cases in which Plaintiff is a litigant. There is no basis for such an order, and Plaintiff is reminded that when the Auction Purchaser Defendants requested a similar prohibition on Plaintiff's direct

1

communications with the Auction Purchaser Defendants, that request was denied. *See* ECF Nos. 68–69.  The balance of Plaintiff's submission appears to request the same relief that the Court denied in its April 28 Order without providing any new basis for the Court to revisit that Order.

The Clerk of Court is respectfully directed to terminate the open motion at ECF No. 150 as DENIED.

**SO ORDERED.**

Dated: April 30, 2025
      New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge