```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/19/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

              Plaintiff,

            -v-

NICKOLAOS RENTOULIS, ET AL.,

              Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court will hold a telephone conference in this case on May 28, 2025, at 2:00 p.m. to discuss Plaintiff's motion for discovery. Dkt. No. 157. Parties should dial in to 646-453-4442 and use the conference ID 717 420 842#.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated: May 19, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge

1