UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/28/2025__

SEHRA WAHEED,

                              Plaintiff,

                -v-

NICKOLAOS RENTOULIS, ET AL.,

                              Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a telephone conference to address Plaintiff's Letter Motion at ECF No. 157, and the status of discovery in this action.

    As discussed during the conference, by **June 18, 2025**, the Auction Purchaser Defendants may file a supplemental brief regarding their current status in this case and corresponding discovery obligations.  If Plaintiff wishes to address this issue as well, she may file a single supplemental brief by the same date.

    Plaintiff is directed to confer with the Storage Defendants regarding any disputes over existing discovery requests.  Any disputes that remain after the parties' conferral may be raised according to Section II.B.1 of this Court's Individual Rules and Practices for Civil Cases.

### Amended Discovery Schedule

    For the reasons discussed during today's conference, the discovery schedule in this case is amended follows:

1

1. Plaintiff may serve document requests upon the Auction Purchaser Defendants, but their obligations to respond, object, or produce documents remains stayed until further order by this Court.

2. All other discovery shall proceed according to the following amended schedule:

   - All fact discovery, including depositions of fact witnesses, shall be completed by **August 29, 2025**;

   - Plaintiff's expert reports, if any, shall be served by **September 27, 2025**;

   - Defendants' expert reports, if any, shall be served by **October 28, 2025**; and

   - Depositions of all expert witnesses shall be completed by **November 25, 2025**.

## CONCLUSION

Plaintiff's Letter Motion, ECF No. 157, is GRANTED IN PART and DENIED IN PART, and the Clerk of Court is respectfully directed to terminate it as such.

**SO ORDERED.**

Dated: May 28, 2025
    New York, New York

Henry J. Ricardo
United States Magistrate Judge