```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

-v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On June 1, 2025, Plaintiff filed a Letter Motion that seeks relief against Nickolaos Rentoulis, Androniki Rentoulis, and Irini's Originals, LLC (collectively, the "Auction Purchaser Defendants"). ECF No. 164. Because the Auction Purchaser Defendants have been dismissed from this action, *see* ECF No. 125, adopted in full by ECF No. 168, Plaintiff's Letter Motion is **DENIED**.

Even if the Auction Purchaser Defendants remained parties to this action, Plaintiff's Letter Motion would be denied because it appears to complain about counsel's advocacy for his clients.

Plaintiff's Letter Motion, ECF No. 164, is DENIED, and the Clerk of Court is respectfully directed to terminate it as such.

**SO ORDERED.**

Dated: June 9, 2025
      New York, New York

                                           _____
                                           Henry J. Ricardo
                                           United States Magistrate Judge