UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

    -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a case management conference to discuss the schedule for discovery and motions for summary judgment. For the reasons discussed during today's conference, Plaintiff's Letter Motions related to summary judgment, ECF Nos. 165, 166, and 167, are **DENIED WITHOUT PREJUDICE** as premature. This denial is without prejudice to the parties filing summary judgment motions at the close of discovery in accordance with the Local Rules of this District and the Individual Rules and Practices of Judge Torres. The Court advised the parties that, in general, each party can make only one summary judgment motion.

    Plaintiff stated that she intends to move to amend the complaint. Accordingly, the deadline for Plaintiff to request a pre-motion conference pursuant to the undersigned's Individual Rule II.B.2 is **July 18, 2025**. Plaintiff should file a letter motion not to exceed three single spaced pages that requests a pre-motion conference and addresses what new claims or allegations would be added to the amended complaint and why it is appropriate to add them. *See* ECF No. 172.

1

Failure to comply with the Court's Orders, the Court's Individual Rules and Practices, and/or the Local Rules of this District may be an independent basis to deny any relief sought. Defendants' response is due by **July 28, 2025**. A pre-motion conference is scheduled on **July 30, 2025** at **3:00 p.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 515 420 217#).

Finally, the Court again advised Plaintiff that litigants are not permitted to communicate directly with Chambers without authorization. All filings and communications should be delivered to the Pro Se Intake Unit. The Court specifically warned Plaintiff that if she continues to send unauthorized emails to Chambers, the Court will consider imposing monetary sanctions for each unauthorized email.

**SO ORDERED.**

Dated: July 10, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge