USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/30/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

               Plaintiff,

-v-

NICKOLAOS RENTOULIS, ET AL.,

               Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As was discussed at today's conference, Plaintiff is directed to, by **August 6, 2025,** either file a motion for leave to amend her complaint, file a letter asking the Court to treat her previous filing at ECF No. 180 as her motion for leave to amend her complaint to add a U.C.C. claim only (not a securities law claim), or inform the Court that she no longer seeks to amend her complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1