```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

     -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 25, 2025, Plaintiff filed an "Emergency Motion for Interim Payments." ECF No. 187. On July 30, Judge Torres amended the Order of Reference to include that motion. ECF No. 196.

The Court will construe Plaintiff's filing as a premotion letter. Defendants are directed to file a response to Plaintiff's premotion letter by **August 7, 2025**.

The Court will hold a premotion conference on **August 20, 2025**, at **2:30 p.m.** via telephone. The parties should dial in to 646-453-4442 and use the conference ID 414 502 458#.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 31, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge