UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

      -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 29, 2025, Plaintiff filed a proposed Amended Complaint and a Letter explaining the reasons she seeks to revise her pleadings. ECF Nos. 195, 200, 201. The Court construes these submissions as a Motion to Amend the Complaint.

Accordingly, any opposition to the Motion to Amend shall be filed by **August 18, 2025**. If Defendants do not oppose the amendment, a letter stating their position shall be filed by the same date.

If an opposition is filed, Plaintiff's reply shall be filed by **August 25, 2025**.

**SO ORDERED.**

Dated: August 4, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1