UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/21/2025
```

SEHRA WAHEED,

                Plaintiff,

        -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 25, 2025, Plaintiff filed an "Emergency Motion for Interim Payments." ECF No. 187. On July 30, 2025, Judge Torres amended the Order of Reference to include that motion. ECF No. 196. The Court held a conference to address this motion.

As discussed during yesterday's conference, by **September 5, 2025**, Defendants may submit a supplemental letter brief on the following issues:

1. Whether there can be a preliminary injunction for the payment of money.

2. Whether the state court order compelling arbitration has preclusive effect.

3. Whether defendants have waived any right to arbitrate by participating in discovery.

4. Whether Plaintiff has viable claims under the Americans With Disabilities Act and the Fair Housing Act.

Further, Defendants are directed to order a copy of the transcript of the proceedings and to provide a copy to Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 21, 2025
       New York, New York

                                         Henry J. Ricardo
                                         United States Magistrate Judge