UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                Plaintiff,

    -v-

NICKOLAOS RENTOULIS, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By letter motion dated November 3, 2025, the Auction Defendants request an extension of time to file their reply in support of their motion to dismiss. ECF No. 264. The Auction Defendants' letter motion at ECF No. 264 is **GRANTED** and the Auction Defendants are directed to file their reply brief, which the Court deems timely, by **November 14, 2025**.

    Also on November 3, 2024, Plaintiff filed a letter motion in connection with the Auction Defendants' then-unfiled reply brief. ECF No. 265. In her letter motion, Plaintiff seeks relief including entry of default judgment against the Auction Defendants, an order striking the Auction Defendants' motion to dismiss, an inquest or hearing on damages, and sanctions. *Id.* at 1.

    Plaintiff argues that this relief is warranted because the Auction Defendants failed to file their reply brief by the deadline determined under the Local Rules. As the Auction Defendants explained in their letter motion for an extension of time, ECF No. 264, Auction Defendants were acting in compliance with the deadlines

1

imposed by Judge Torres's Individual Rules for Pro Se cases, and as stated above, their reply brief is accepted as timely. Even if the reply were untimely or not filed at all, that would not justify the host of punitive remedies that Plaintiff seeks. A movant does need to file a reply brief all and can rest on the moving brief without waiving the motion. Plaintiff's motion at ECF No. 265 is therefore **DENIED**.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge