```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

      Plaintiff,

   -v-

NICKOLAOS RENTOULIS, ET AL.,

      Defendants.

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

  By letter motion dated November 13, 2025, Plaintiff requests various relief. ECF No. 269. The Court construes this letter motion as a request for a conference to address the case schedule and as a pre-motion conference for her various proposed motions. Defendants are directed to respond to Plaintiff's letter motion by **December 5, 2025**.

  A conference is scheduled on **December 16, 2025** at **11:00 a.m.** by telephone. Parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 753 140 736#).

**SO ORDERED.**

Dated: November 19, 2025
   New York, New York

                _____
                Henry J. Ricardo
                United States Magistrate Judge