UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

               Plaintiff,

      -v-

NICKOLAOS RENTOULIS, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of communications from the Parties, the conference scheduled on December 16, 2025 at 11:00 a.m. by telephone is adjourned to **December 16, 2025** at **4:00 p.m.** by telephone. The Parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 753 140 736#).

**SO ORDERED.**

Dated: December 15, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge