UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                          Plaintiff,

            -v-

SM 1 MMS, LLC, ET AL.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2025

**ORDER**

24-CV-6476 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on December 16, 2025 to address Plaintiff's letter motion seeking clarification of the case status and next steps for various anticipated motions.  As the Court spent nearly one hour clarifying the status of this action, the Clerk of Court is respectfully directed to terminate Plaintiff's letter motion at ECF No. 269.

Pursuant to the Court's May 28, 2025 Order, ECF No. 163, all fact discovery was due August 29, 2025, and all expert discovery was due November 25, 2025.  Accordingly, all discovery is now closed.

However, there are various pending motions that need to be resolved before this case can proceed.  As discussed during the conference, on October 28, 2025, the undersigned issued a report and recommendation, ECF No. 259, with respect to Plaintiff's motion for interim payments at ECF No. 187, and two motions seeking similar relief at ECF Nos. 236 and 238.  This report and recommendation is now before Judge Torres for ruling on Plaintiff's objections at ECF No. 262.

The Auction Defendants filed a motion to dismiss Plaintiff's final amended complaint, ECF No. 243, which is now fully briefed.  This motion was referred to the undersigned for a report and recommendation by an Amended Order of Reference dated October 9, 2025.  ECF No. 249.

The Storage Defendants filed a motion to dismiss Plaintiff's final amended complaint, ECF No. 273, which is now fully briefed.

Plaintiff filed a motion to strike Defendants' answer under N.Y. C.P.L.R. § 3020.  ECF No. 284.  As discussed during the conference, Plaintiff is considering whether to withdraw this motion, as it concerns an answer superseded by the final amended complaint and was brought under state procedural rules.  Defendants are not required to respond to this motion unless directed to do so by the Court.

Plaintiff also filed a motion for reconsideration of the June 3, 2025 Order dismissing the Rentoulis Defendants for lack of personal jurisdiction.  ECF No. 292. As discussed during the conference, Plaintiff intends to move forward with this motion and must file proof of service of the motion on the former Rentoulis Defendants, who are no longer parties to this action.

**SO ORDERED.**

Dated: December 17, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2