UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                    Plaintiff,

        -against-

SM 1 MMS, LLC, DBA MANHATTAN MINI
STORAGE, LLC, BURNAM SMARTCO, LLC, CRIS
BURNAM AS CEO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, MIKE BURNAM AS
PRESIDENT & CIO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, STORAGE TREASURES, LLC,
OPENTECH ALLIANCE, INC, ROBERT A. CHITI,
AS CEO OF STORAGE TREASURES, LLC &
INDIVIDUALLY,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2026

24 Civ. 6476 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's motions for reconsideration regarding the Court's orders at ECF Nos. 168, 259, and 311. *See* ECF Nos. 292, 304, 314. Because the Court construes these motions to be within the scope of Plaintiff's pending appeal to the United States Court of Appeals for the Second Circuit, *see* ECF No. 307, the Court will hold briefing on Plaintiff's reconsideration motions in abeyance pending her appeal.

      The Court has also reviewed Plaintiff's motion to strike Defendants' answer to her amended complaint at ECF No. 54. *See* ECF No. 284. During a conference on December 16, 2025 before the Honorable Henry J. Ricardo, Plaintiff indicated that she is considering whether to withdraw the motion because it concerns an answer that was superseded by the final, operative amended complaint in this action, and the motion was brought under state procedural rules. *See* ECF No. 302; ECF No. 211 (final amended complaint). Judge Ricardo advised Defendants that they need not respond to the motion unless directed to do so by the Court. *See* ECF No. 302. Plaintiff has not updated the Court regarding her motion to strike. Accordingly, by **February 18, 2026**, Plaintiff shall file a status update indicating whether she wishes to withdraw her motion at ECF No. 284.

      SO ORDERED.

Dated:  February 10, 2026
       New York, New York

ANALISA TORRES
United States District Judge