USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                    Plaintiff,                                    **ORDER**

            -v-                                                   24-CV-6476 (AT) (HJR)

SM 1 MMS, LLC, ET AL.,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's February 13, 2026 letter requesting leave to file a motion to re-open and compel discovery based on newly discovered information. ECF No. 321. Plaintiff's request for leave to file a motion is **DENIED** as procedurally improper. Rule II.B.1 of the Court's Individual Rules and Practices for Civil Cases, as incorporated by Part IV of the Court's Individual Practices in Civil Pro Se Cases, describes the procedures for bringing discovery motions. The Court's individual rules and practices are available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

Plaintiff is directed to produce her "newly discovered information" to Defendants by **February 26, 2026**. Defendants are then directed to submit a letter response to Plaintiff's letter, ECF No. 321, by **March 5, 2026**.

**SO ORDERED.**

Dated: February 19, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge