UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                          Plaintiff,

          -against-

SM 1 MMS, LLC, DBA MANHATTAN MINI
STORAGE, LLC, BURNAM SMARTCO, LLC, CRIS
BURNAM AS CEO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, MIKE BURNAM AS
PRESIDENT & CIO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, STORAGE TREASURES, LLC,
OPENTECH ALLIANCE, INC, ROBERT A. CHITI,
AS CEO OF STORAGE TREASURES, LLC &
INDIVIDUALLY,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/9/2026

24 Civ. 6476 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter withdrawing her motion to strike Defendants' answer at ECF No. 284. *See* ECF No. 320. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 284.

The Court has also reviewed Plaintiff's motion to reinstate Defendants Nikolaos Rentoulis and Androniki Rentoulis. *See* ECF No. 315. Because the Court construes this motion to be within the scope of Plaintiff's pending appeal to the United States Court of Appeals for the Second Circuit, *see* ECF No. 307, the Court will hold briefing on Plaintiff's motion in abeyance pending her appeal.

Plaintiff is advised that while her appeal is pending, this Court does not have jurisdiction to reconsider issues that may be affected by her appeal. *See In re Gorsoan Ltd.*, No. 18 Misc. 431, 2020 WL 3264159, at *2 (S.D.N.Y. June 17, 2020) ("It is well established that the District Court is without jurisdiction to alter a judgment of its own while an appeal therefrom is ongoing."); *see Ching v. United States*, 298 F.3d 174, 180 n.5 (2d Cir. 2002) (citing *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *Hernandez v. Coughlin*, 18 F.3d 133, 138 (2d Cir. 1994)).

Plaintiff also appealed from the Honorable Henry J. Ricardo's October 28, 2025 report and recommendation, which this Court later adopted. *See* ECF Nos. 307, 259, 311. As explained in the Court's January 27, 2026 order adopting the report and recommendation, Plaintiff's appeal from that report did not divest this Court of jurisdiction to adopt the report. *See* ECF No. 311 at 2; *Stackhouse v. McKnight*, 168 F. App'x 464, 467 (2d Cir. 2006). The Court has now, however, issued a final order adopting Judge Ricardo's report and to the extent the Second Circuit may consider Plaintiff's premature notice of appeal of the report to have now

ripened into a valid notice of appeal, *see* 28 U.S.C. § 1291(a)(1), the Court will not entertain a motion to reconsider its January 27 order.  *See In re Barnet*, 737 F.3d 238, 244 (2d Cir. 2013); ECF Nos. 292, 304, 314 (reconsideration motions).

        SO ORDERED.

Dated:  March 9, 2026
       New York, New York

ANALISA TORRES
United States District Judge

2