UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                              Plaintiff,

         -against-

SM 1 MMS, LLC, DBA MANHATTAN MINI
STORAGE, LLC, BURNAM SMARTCO, LLC, CRIS
BURNAM AS CEO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, MIKE BURNAM AS
PRESIDENT & CIO OF BURNAM SMARTCO, LLC
& INDIVIDUALLY, STORAGE TREASURES, LLC,
OPENTECH ALLIANCE, INC, ROBERT A. CHITI,
AS CEO OF STORAGE TREASURES, LLC &
INDIVIDUALLY,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2026____

24 Civ. 6476 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has also reviewed Plaintiff's various objections to the Honorable Henry J. Ricardo's order, dated March 20, 2026 ("Order"), and report and recommendation ("R&R"), dated May 28, 2026. *See* Order, ECF No. 338; R&R, ECF No. 357; ECF Nos. 339–355 (objections to the Order); ECF No. 359 (objections to the R&R). The Court considers the objections on the Order to be fully briefed, and Plaintiff shall not file any further objections absent leave from the Court to file further submissions. The Court also does not require further briefing from Plaintiff on her objections to Judge Ricardo's R&R, and Plaintiff shall not file further objections to the R&R absent leave from the Court to file further submissions. Defendants shall file a response, if any, to Plaintiff's objections to the R&R by **June 12, 2026**.

         SO ORDERED.

Dated:  June 1, 2026
         New York, New York

ANALISA TORRES
United States District Judge